NH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lusdja Jurrile Davis Makaya, | No. CV-26-01938-PHX-RM (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner Lusdja Jurrile Davis Makaya, who is represented by counsel, filed a Petition for Writ of Habeas Corpus Under § 2241 (Doc. 1). The Court will require Respondents to answer the Petition.

## I.      Petition

Petitioner is a citizen from Congo who entered the United States on December 18, 2024, seeking asylum. Petitioner was apprehended the same day and placed into Immigration and Customs Enforcement custody. Petitioner applied for asylum, but her application was denied on September 15, 2025. Petitioner appealed that decision, and her appeal remains pending before the Board of Immigration Appeals, which has stayed Petitioner's order of removal. Petitioner has remained in custody for approximately 18 months.

Petitioner claims that her prolonged detention has become unreasonable and violates her Fifth Amendment right to due process. Petitioner seeks immediate release or a custody hearing before an Immigration Judge.

TERMPSREF

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2)    If not already issued, the Clerk's Office must issue any properly completed summonses.

(3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)    Respondents must answer the Petition within **twenty (20) days** of the date of service.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)    Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

(6)    This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 25th day of March, 2026.

_____
Honorable Rosemary Márquez
United States District Judge

TERMPSREF

- 2 -