## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lusdja Jurrile Davis Makaya,<br><br>Petitioner,<br><br>v.<br><br>Eric Rokosky, et al.,<br><br>Respondents. | No. CV-26-01938-PHX-RM<br><br>**ORDER** |

On May 13, 2026, Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R") (Doc. 8), recommending that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be granted, and that the Court order Respondents to provide Petitioner a bond hearing. Given the nature of these proceedings and the relief recommended, the Court hereby sets an expedited schedule for briefing any objections to the R&R.

**IT IS ORDERED** that any objections to Magistrate Judge Bibles's Report and Recommendation shall be filed on or before **May 18, 2026**. Responses to any objections shall be filed on or before **May 22, 2026**.

Dated this 13th day of May, 2026.

_____
Honorable Rosemary Márquez
United States District Judge