# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lusdja Jurrile Davis Makaya, | No. CV-26-01938-PHX-RM |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

On May 13, 2026, Magistrate Judge Camille D. Bibles issued a Report and Recommendation, recommending that this Court grant Petitioner Lusdja Jurrile Davis Makaya's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and order that Petitioner be given a bond hearing.  (Doc. 8.)  This Court adopted the Report and Recommendation on May 19, 2026. (Doc. 10.)  On May 26, 2026, an Immigration Judge held a bond hearing and denied bond based on flight risk.  (Doc. 12.)

Currently pending before the Court is Petitioner's Motion to Enforce Habeas Order. (Doc. 13.)  Petitioner argues that her bond hearing was constitutionally inadequate and that the Immigration Judge's denial of bond was based on factors that cannot, as a matter of law, establish flight risk.  (*Id.*)  The Court will require Respondents to respond to the Motion and provide either an audio recording or transcript of the May 26, 2026 bond hearing.

. . . .

. . . .

**IT IS ORDERED** that no later than **June 22, 2026**, Respondents must respond to Petitioner's Motion to Enforce (Doc. 13) and provide either a transcript or audio recording of the May 26, 2026 bond hearing.  Petitioner may file a reply no later than **June 26, 2026**.

Dated this 15th day of June, 2026.

_____
Honorable Rosemary Márquez
United States District Judge